AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Northern District of California

FILED
OCT 07 2015
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 15-mj-71284 MAG |
| Antonio Benitez Gonzalez ) | |
| ) | Charging District: District of Nebraska |
| *Defendant* ) | Charging District's Case No. 8:15-CR-178 LSC-TDT |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: Roman L. Hruska Federal Courthouse<br>111 South 18th Plaza, Suite 1152<br>Omaha, NE 68102 | Courtroom No.: Magistrate Judge Thomas Thalken |
|---|---|
| | Date and Time: 11/6/2015 1:30 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 10.7.15

*Judge's signature*

Paul S. Grewal, U.S. Magistrate Judge
*Printed name and title*